Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tammy Sue Cooprider,<br><br>       Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>       Defendant. | No. 2:15-cv-00385-KJN (TEMP)<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, December 30, 2015, to file the Motion for Summary Judgment.

   IT IS HEREBY NOTED that this is plaintiff's second extension requested.

Dated:  11/30/15                              / s / Joseph C. Fraulob
                                              Joseph C. Fraulob
                                              Attorney for Plaintiff

Dated:  11/30/15                              / s / In Seon Jeong
                                              In Seon Jeong
                                              Special Assistant U.S. Attorney
                                              Attorney for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  December 2, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cooprider0385.stip.eot.ord.doc