BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8976
    Fax: 415-744-0134
    Jacob.Mikow@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SUE COOPRIDER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:15-CV-00385-KJN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from January 21, 2016 to February 22, 2016. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. An extension of time is needed given Defendant counsel's workload, and in order for counsel to review and respond to the issues raised in Plaintiff's motion. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & Prop. Order for Ext.; 2:15-CV-00385-KJN     1

                                        Respectfully submitted,

Dated: 1/20/2016                   */s/ Joseph Clayton Fraulob*
                                        (As authorized via email on)
                                        JOSEPH CLAYTON FRAULOB
                                        Attorney for Plaintiff

Dated: 1/20/2016                   BENJAMIN B. WAGNER
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                       By:    */s/ Jacob M. Mikow*
                                        JACOB M. MIKOW
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

OF COUNSEL:

In Seon Jeong
Assistant Regional Counsel

                                                          <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: January 21, 2016

                                                          KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE