BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, CSBN 238045
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8976
    Fax: 415-744-0134
    Jacob.Mikow@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY SUE COOPRIDER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-00385-KJN (TEMP)<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from February 22, 2016 to March 23, 2016. This is Defendant's second request for an extension of time to respond to Plaintiff's motion. Assistant Regional Counsel In Seon Jeong was assigned to this case and has diligently attempted to complete Defendant's responsive brief in a timely manner. However, the undersigned counsel for Defendant seeks this extension due to the press of workload including a high volume of other disability matters. Counsel apologizes to the Court for any inconvenience caused by this delay. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. & Prop. Order for Ext.; 2:15-CV-00385-KJN    1

Respectfully submitted,

Dated: February 22, 2016    By:    */s/ Joseph Clayton Fraulob*
                                    (As authorized via email on 2/19/2016)
                                    JOSEPH CLAYTON FRAULOB
                                    Attorney for Plaintiff

Dated: February 22, 2016           BENJAMIN B. WAGNER
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                            By:    */s/ Jacob M. Mikow*
                                    JACOB M. MIKOW
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

OF COUNSEL:

In Seon Jeong
Assistant Regional Counsel

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: February 25, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cooprider0385.stip.eot.ord